Case No. 5:17-cv-29-Oc-32PRL

Consolidated with
Case No. 5:17-cv-30-Oc-32PRL

UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA OCALA DIVISION

| | |
|---|---|
| CHRISTOPHER ROLAND HAYES, individually and, as parent and natural guardian, on behalf of A.C.H., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE MANUEL MORIN and ALANIS TRUCKING COMPANY, LLC,<br><br>    Defendants.<br><br>WILLIAM RAYL,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE MANUEL MORIN and ALANIS TRUCKING COMPANY, LLC,<br><br>    Defendants. | Case No. 5:17-cv-29-Oc-32PRL<br><br>Consolidated with<br>Case No. 5:17-cv-30-Oc-32PRL |

**STIPULATED NOTICE OF SETTLEMENT AND MOTION FOR
<u>ENTRY OF ORDER OF DISMISSAL</u>**

Plaintiff CHRISTOPHER ROLAND HAYES, individually and as parent and natural guardian, on behalf of A.C.H., a minor, by and through his undersigned counsel, Plaintiff WILLIAM RAYL, by and through his undersigned counsel, and Defendants JOSE MANUEL MORIN and ALANIS TRUCKING COMPANY, LLC., by and through their undersigned counsel, pursuant to Local Rule 3.08, notify the Court of an amicable settlement between the parties and further respectfully move this court for an Order of Dismissal in this matter and state as follows:

Case No. 5:17-cv-29-Oc-32PRL

Consolidated with
Case No. 5:17-cv-30-Oc-32PRL

1. Case Number 5:17-cv-29-Oc-32PRL has been amicably settled by agreement of the parties subject to approval of the Probate/Guardianship Court of Marion County as to the settlement of the claim of minor Plaintiff A.C.H.

2. The parties have agreed that each party will bear its own attorney fees and costs.

3. The parties request that the Order of Dismissal provide that any party may move this Court, within 90 days after the date of entry of the Order of Dismissal, to reopen the case for further proceedings on good cause shown, e.g., if the settlement as to minor Plaintiff A.C.H. is not approved by the Probate/Guardianship Court of Marion County.

4. Counsel for Plaintiff William Rayl and counsel for the Defendants have authorized counsel for the Hayes Plaintiffs to affix all counsel's electronic signature to this document and to file the document electronically with the Court.

### CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2018 the foregoing document was served on all counsel of record.

Case No. 5:17-cv-29-Oc-32PRL

Consolidated with
Case No. 5:17-cv-30-Oc-32PRL

Respectfully submitted,

/S/ David Carlson__

William T. Allen, Jr., Esq.
Florida Bar No. 950180
bill@billallenlaw.com

Tom L. Copeland, Esq.
Florida Bar No. 611913
tom@billallenlaw.com

David Carlson, Esq.
Florida Bar No. 124058
david@billallenlaw.com

ALLEN LAW FIRM, P.A.
2550 SW 76th Street, Suite 150
Gainesville, Florida 32608
Phone: (352) 331-6789
Fax: (352) 331-6785
Attorneys for Plaintiff

- 4 -

Case No. 5:17-cv-29-Oc-32PRL

Consolidated with
Case No. 5:17-cv-30-Oc-32PRL

| **/s/ Jesse D. Draws, Esq.** | **/s/ Steven J. Tomekso, Esq.** |
|---|---|
| Jesse D. Drawas, Esq.<br>Rory Eric Jurman, Esq.<br>Aaron M. Dmiszewicki, Esq.<br>Fowler White Burnett, PA<br>One Financial Plaza, Suite 2100<br>100 Southeast Third Avenue<br>Fort Lauderdale, Florida 33394<br>E-Mail: jdrawas@fowler-white.com;<br>rjurman@fowler-white.com;<br>admiszewicki@fowler-white.com<br>Telephone: (954) 377-8100<br>Facsimile: (954) 377-8101<br>***Attorneys for Defendants Jose Morin and Alanis Trucking Company, LLC*** | Steven J. Tomesko, Esq.<br>Dan Newlin & Partners<br>7335 W. Sand Lake Road, Suite 300<br>Orlando, FL 32819<br>E-Mail: tomesko.pleadings@newlinlaw.com;<br>steven.tomesko@newlinlaw.com;<br>Nannette.Hernandez@newlinlaw.com;<br>Telephone: (407) 250-6514<br>Facsimile: (407) 248-6567<br>***Attorney for William Rayl*** |